UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vincent Obiajulu

                Plaintiff(s),

v.

San Mateo County Probation Department

                Defendant(s).

Case No. 07-03870-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/12/07

                                              Vincent Obiajulu
                                              [Party]

Dated: 10/15/07

                                              [Counsel]