LAWRENCE J. KING (CSB #120805)
6 "C" STREET
PETALUMA, CA 94952
PHONE: (707) 769-9791
FAX:     (707) 769-9253

ATTORNEY FOR PLAINTIFF
VINCENT OBIAJULU,

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT OBIAJULU,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO PROBATION DEPARTMENT,<br><br>Defendant. | CASE NO. C07 03870 CW<br><br><br><br><br>CERTIFICATE OF SERVICE |

**PROOF OF SERVICE**

I, Tracy Talbert-Low, hereby declare that:

I am employed in the City of Petaluma, County of Sonoma, California. I am over eighteen years of age, and not a party to the within cause; my business address is 6 C Street, Petaluma, CA 94952.

On **October 29, 2007,** the following named documents were served via e-mail and on **November 14, 2007,** I served a true copy of the following named:

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE; NOTICE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF**

1  **CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

by arranging for personal delivery to:

**V. Raymond Swope III, Deputy County Counsel**

at the Law Offices of Lawrence J. King, 6 C Street, Petaluma, CA 949542.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED at Petaluma, County of Sonoma, California on **November 14, 2007**, by:

/s/ _____
Tracy Talbert-Low

**2**
**CERTIFICATE OF SERVICE**