1

**LAWRENCE J. KING (CSB #120805)**
**6 "C" STREET**
2   **PETALUMA, CA 94952**
**PHONE: (707) 769-9791**
3   **FAX:    (707) 769-9253**

4   **ATTORNEY FOR PLAINTIFF**
**VINCENT OBIAJULU,**
5

6

7          **THE UNITED STATES DISTRICT COURT**

8       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9               **OAKLAND DIVISION**

10

11   **VINCENT OBIAJULU,**       §  **CASE NO. C07 03870 CW**
                                    §
12          **Plaintiff,**         §
                                      §
13   **v.**                         §
                                      §
14                             §
  **S A N   M A T E O   P R O B A T I O N** §  **CERTIFICATE OF SERVICE**
15   **DEPARTMENT,**         §
                                      §
16                              §
         **Defendant.**       §
17   _____ §
                                      §

18

19

20       I, Tracy Talbert-Low, hereby declare that:

21       I am employed in the City of Petaluma, County of Sonoma, California.  I am over eighteen

22   years of age, and not a party to the within cause; my business address is 6 C Street, Petaluma, CA

23   94952.

24       On **October 29, 2007,** the following documents were served via e-mail and on **November**

25   **14, 2007,** they were served by SENDING a true and correct copy thereof, enclosed in a sealed

26   envelope, postage fully prepaid, via the United States Postal Service, addressed as follows:

27

28

                                      **1**
                            **CERTIFICATE OF SERVICE**

1          **V. Raymond Swope III, Deputy County Counsel**
       **Hall of Justice and Records**

2          **400 County Center, 6th Floor**
       **Redwood City, CA 94063**

3

4        The documents so served were:

5   **CASE  MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

6   with attached Notice and Standing Order.

7

8        I declare under penalty of perjury under the laws of the State of California that the above is

9   true and correct.

10       EXECUTED at Petaluma, County of Sonoma, California on **November 14, 2007**, by:

11

12                          _____/s/_____
                            Tracy Talbert-Low

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
**CERTIFICATE OF SERVICE**