LAWRENCE J. KING (CSB #120805)
6 "C" STREET
PETALUMA, CA 94952
PHONE: (707) 769-9791
FAX:    (707) 769-9253

ATTORNEY FOR PLAINTIFF
VAN A. PENA, PHD., M.D.

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU, | CASE NO. C 07-3870 CW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND FILE AN AMENDED COMPLAINT. |
| SAN MATEO PROBATION DEPARTMENT, | |
| Defendant. | |

Having reviewed Plaintiff's motion for leave to file an amended complaint and finding good cause therefor, the Court hereby GRANTS Plaintiff's motion.

IT IS SO ORDERED.

Dated: December _____, 2007

_____
The Honorable Claudia Wilken
United States DistricT Judge

---

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND FILE AN AMENDED COMPLAINT.**