IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OBIAJULU,

    Plaintiff,

  v.

SAN MATEO COUNTY PROBATION DEPARTMENT,

    Defendant.
_____/

No. C 07-03870 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for December 13, 2007, is continued to **January 29, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 12/5/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk