MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
By: Claire A. Cunningham, Deputy (SBN 226941)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4759
Facsimile:  (650) 363-4034
E-mail:  rswope@co.sanmateo.ca.us

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU,<br><br>             Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SAN MATEO,<br><br>             Defendant. | Case No. C 07-03870<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE

In accordance with the provisions of Title 28,U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  February 14, 2008.                              Respectfully submitted,

                                                                            MICHAEL P. MURPHY, COUNTY COUNSEL


                                                                            By: _____/s/_____
                                                                                     V. Raymond Swope III, Deputy

                                                                            Attorneys for Defendant
                                                                            COUNTY OF SAN MATEO