United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Obiajulu, | 07-03870 CW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| San Mateo County Probation Department, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Barry Goldstein**
> Goldstein, Demchak, Baller, et al.
> 300 Lakeside Dr., Suite 1000
> Oakland, CA 94612-3534
> 510-763-9800

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Evaluator**
07-03870 CW ENE                          - 1 -

1     Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: February 19, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03870 CW ENE                              - 2 -