IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT OBIAJULU,

    Plaintiff,

  v.

SAN MATEO COUNTY PROBATION DEPARTMENT,

    Defendant.
_____/

No. C 07-03870 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Joseph C. Spero to be heard and considered at the convenience of his calendar.  The case management dates previously set remain in effect, **except** the pretrial conference and trial dates are vacated and will be reset by the assigned Magistrate Judge.  Dispositive motions and the further case management conference shall be heard on or before December 18, 2008, **in accordance with Magistrate Judge Spero's civil law and motion calendar.**  Counsel will be advised of the date, time and place of any appearance by notice from Magistrate Judge Spero.

Dated: 3/12/08

                                _____
                                CLAUDIA WILKEN
                                United States District Judge

cc: Wings; JCS