1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   BY: V. RAYMOND SWOPE III, DEPUTY (SBN 135909)
2  BY: CLAIRE A. CUNNINGHAM, DEPUTY (SBN 226941)
   HALL OF JUSTICE AND RECORDS
3  400 COUNTY CENTER, 6TH FLOOR
   REDWOOD CITY, CA 94063
4  TELEPHONE: (650) 363-4759
   FACSIMILE: (650) 363-4034
5
   ATTORNEYS FOR DEFENDANTS
6  COUNTY OF SAN MATEO

7

8  LAWRENCE J. KING (CSB #120805)
   6 "C" STREET
9  PETALUMA, CA 94952
   PHONE: (707) 769-9791
10 FAX:    (707) 769-9253

11 ATTORNEY FOR PLAINTIFF
   VINCENT OBIAJULU
12

13              THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 VINCENT OBIAJULU,              § CASE NO. C 07-3870 JCS
                                  §
17         Plaintiff,              § STIPULATION REQUESTING THE
                                  § CMC BE RESCHEDULED TO May 23,
18 v.                              § 2008 AND
                                  §
19                                 § PROPOSED ORDER
   SAN MATEO COUNTY,              §
20                                 § Current Date for CMC: April 25, 2008
                                  § Requested Date:       May 23, 2008
21         Defendant.              §
                                  §
22

23         The parties, by and through their attorneys of record, hereby stipulate and request that the

24 Case Management conference currently scheduled for April 25, 2008, be re-scheduled for May 23,

25 2008. In support thereof, the parties would show the court the following:

26         1.    This case was referred to Magistrate Joseph Spero on March 12, 2008.

27         2.    On March 19, 2008, Magistrate Spero set this case for a case management conference

28

1

**STIPULATION REQUESTING THE CMC BE RESCHEDULED TO May 23, 2008.**

1  to be held on April 25, 2008, at 1:30 p.m.

2      3.    On the date that the notice of the date for the case management conference was posted on the Court's web site and notification sent to counsel, Plaintiff's counsel was out of the country.

4      4.    Prior to the Court setting this case for a case management conference to be held on April 25, 2008, Plaintiff's counsel had already committed to attending a full day mediation on April 25, 2008 in Sacramento in the case of *Braafladt v. City of Roseville*, Placer County Superior Court No. 20595.

8      5.    In light of the foregoing, the parties have met and conferred and agreed to request that the case management conference currently scheduled for April 25, 2008, be re-scheduled for May 23, 2008. This is a date that the parties have been informed the Court is available and that counsel for all parties are available.

**RESPECTFULLY SUBMITTED.**

Dated: April 18, 2008        MICHAEL P. MURPHY, COUNTY COUNSEL

                                   By:   V. Raymond Swope III
                                         ATTORNEYS FOR DEFENDANT
                                         COUNTY OF SAN MATEO

Dated: April 18, 2008        LAW OFFICES OF LAWRENCE J. KING

                                   By:   /s/ Lawrence J. King
                                         ATTORNEY FOR PLAINTIFF
                                         VINCENT OBIAJULU

## [~~PROPOSED~~] ORDER

Having reviewed the parties stipulation and finding good cause therefor, the parties request is hereby **GRANTED** and the Case Management Conference is re-scheduled for May 23, 2008 at 1:30 p.m.

**IT IS SO ORDER.**

Dated: April __21__, 2008                      _____
                                               The Honorable Joseph Spero
                                             United States Magistrate Judge