**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Obiajulu,<br><br>            Plaintiff(s),<br><br>  v.<br><br>San Mateo County Probation Department,<br><br>            Defendant(s). | No. C 07-03870 CW ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) __April 17, 2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO

   Dated: __April 17, 2008__                    _[signature]_
   
   Evaluator Barry Goldstein
   Goldstein, Demchak, Baller, et al.
   300 Lakeside Dr., Suite 1000
   Oakland, CA 94612-3534

Certification of ADR Session
07-03870 CW ENE