# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: 07-3870 JCS**

**CASE NAME: Vincent Obiajulu v. San Mateo County Probation Dept.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**

**COURTROOM DEPUTY:** Frank Justiliano

**DATE:** 5/23/08   **TIME:** 2:38 - 2:40 p.m   **COURT REPORTER:** None

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Lawrence King | Claire Cunningham |

## PROCEEDINGS

X   INITIAL CASE MANAGEMENT CONFERENCE - Held.

ORDERED AFTER HEARING:

The Court will schedule a settlement conference with Magistrate Judge Chen within 90 days. Discovery deadline set at 9/1/08.  Hearing on dispositive motions to be held on 11/14/08 @ 9:30 a.m. Expert disclosures due by 12/15/08.  Expert discovery cutoff is 1/30/09.  Pretrial conference to be held on 2/20/09 at 1:30 p.m.   Jury trial (not to exceed 8 days) set for 3/2/09 at 8:30 a.m.

cc:   Chambers; Karen, CRD- Judge Chen