UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT OBIAJULU,　　　　　　　　　　　　No. C 07-03870 (JCS)

　　　　　　Plaintiff(s),

　　　　　　　　　　　　　　　　　　　　　　CLERK'S NOTICE

　　　v.

SAN MATEO COUNTY PROBATION DEPARTMENT,

　　　　　　Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　YOU ARE NOTIFIED THAT a Further Case Management Conference has been set for **August 22, 2008, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. A joint updated case management conference statement shall be due by **August 20, 2008**. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: June 13, 2008

　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　by: _Karen L. Hom_____
　　　　　　　　　　　　　　　　　　　　　　Karen L. Hom
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy