1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
BY: CLAIRE A. CUNNINGHAM, DEPUTY (SBN 226941)
2 | HALL OF JUSTICE AND RECORDS
400 COUNTY CENTER, 6TH FLOOR
3 | REDWOOD CITY, CA 94063
TELEPHONE: (650) 363-4759
4 | FACSIMILE: (650) 363-4034

5 | ATTORNEYS FOR DEFENDANTS
COUNTY OF SAN MATEO

7

LAWRENCE J. KING (CSB #120805)
8 | 6 "C" STREET
PETALUMA, CA 94952
9 | PHONE: (707) 769-9791
FAX:     (707) 769-9253
10
ATTORNEY FOR PLAINTIFF
11 | VINCENT OBIAJULU

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VINCENT OBIAJULU, | § | CASE NO. C 07-3870 JCS |
|---|---|---|
| | § | |
| | § | STIPULATION REQUESTING THE |
| | § | MANDATORY SETTLEMENT |
| Plaintiff, | § | CONFERENCE BE RESCHEDULED |
| | § | TO SEPTEMBER 9, 2008 |
| v. | § | |
| | § | AND |
| | § | |
| | § | PROPOSED ORDER |
| SAN MATEO COUNTY, | § | |
| | § | Current MSC Date:   August 15, 2008 |
| | § | |
| Defendant. | § | Requested Date:   September 9, 2008 |
| | § | |

The parties, by and through their attorneys of record, hereby stipulate and request that the Mandatory Settlement Conference currently scheduled for August 15, 2008, be re-scheduled for September 9, 2008. In support thereof, the parties would show the court the following:

1.   The parties and their attorneys are not available on August 15, 2008.

---
1

**STIPULATION REQUESTING THE MSC BE RESCHEDULED TO SEPTEMBER 9, 2008.**

2. The parties and their attorneys are available on September 9, 2008.

**RESPECTFULLY SUBMITTED.**

**Dated:  June 16, 2008**               **MICHAEL P. MURPHY, COUNTY COUNSEL**

                                        **By:    /s/ Claire A. Cunningham**
                                        **ATTORNEYS FOR DEFENDANT**
                                        **COUNTY OF SAN MATEO**

**Dated: June 16, 2008**                **LAW OFFICES OF LAWRENCE J. KING**

                                        **By:     /s/ Lawrence J. King**
                                        **ATTORNEY FOR PLAINTIFF**
                                        **VINCENT OBIAJULU**

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and finding good cause therefor, the parties' request is hereby **GRANTED** and the Mandatory Settlement Conference is re-scheduled for September 9, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June _____, 2008

                                        _____
                                        The Honorable Edward M. Chen
                                        United States Magistrate Judge