MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
BY: CLAIRE A. CUNNINGHAM, DEPUTY (SBN 226941)
HALL OF JUSTICE AND RECORDS
400 COUNTY CENTER, 6TH FLOOR
REDWOOD CITY, CA 94063
TELEPHONE: (650) 363-4759
FACSIMILE: (650) 363-4034

ATTORNEYS FOR DEFENDANTS
COUNTY OF SAN MATEO


LAWRENCE J. KING (CSB #120805)
6 "C" STREET
PETALUMA, CA 94952
PHONE: (707) 769-9791
FAX:    (707) 769-9253

ATTORNEY FOR PLAINTIFF
VINCENT OBIAJULU

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU, | CASE NO. C 07-3870 JCS (EMC) |
| | |
| | STIPULATION REQUESTING THE MANDATORY SETTLEMENT CONFERENCE BE RESCHEDULED TO SEPTEMBER 9, 2008 |
| Plaintiff, | |
| v. | |
| | AND |
| | |
| | ~~PROPOSED~~ ORDER |
| SAN MATEO COUNTY, | |
| | Current MSC Date:   August 15, 2008 |
| Defendant. | Requested Date:    September 9, 2008 |

    The parties, by and through their attorneys of record, hereby stipulate and request that the Mandatory Settlement Conference currently scheduled for August 15, 2008, be re-scheduled for September 9, 2008. In support thereof, the parties would show the court the following:

    1.    The parties and their attorneys are not available on August 15, 2008.

1   2.   The parties and their attorneys are available on September 9, 2008.

2   **RESPECTFULLY SUBMITTED.**

3   **Dated:  June 16, 2008**                    **MICHAEL P. MURPHY, COUNTY COUNSEL**

4                                                 **By:**   **/s/ Claire A. Cunningham**
                                                            **ATTORNEYS FOR DEFENDANT**
5                                                           **COUNTY OF SAN MATEO**

6   **Dated: June 16, 2008**                     **LAW OFFICES OF LAWRENCE J. KING**
7

8                                                 **By:**   **/s/ Lawrence J. King**
                                                            **ATTORNEY FOR PLAINTIFF**
9                                                           **VINCENT OBIAJULU**

10                          ~~[PROPOSED]~~ **ORDER**

11   Having reviewed the parties' stipulation and finding good cause therefor, the parties' request

12   is hereby **GRANTED** and the Mandatory Settlement Conference is re-scheduled for September 9,

13   2008 at 9:30 a.m.   Settlement Conference statements shall be lodged by hard copy only
                        with Judge Chen's chambers by August 26, 2008.
14   **IT IS SO ORDERED.**

16   Dated: June __17__, 2008

17                                                The Honorable _____ J. Chen
                                                  United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]*