**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SAN MATEO COUNTY PROBATION DEPARTMENT,<br><br>        Defendant(s).<br>_____/ | No. C 07-03870 (JCS)<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT the Further Case Management Conference, previously set for August 22, 2008, at 1:30 p.m., has been continued to **September 12, 2008, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: June 17, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
     Karen L. Hom
     Courtroom Deputy