UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU, | No. C-07-3870 JCS (EMC) |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| SAN MATEO COUNTY PROBATION DEPARTMENT, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for September 9, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been continued to **September 29, 2008, at 10:00 a.m.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

Dated: September 2, 2008          RICHARD W. WIEKING, CLERK

By: _____/s/_____
    Leni Doyle
    Deputy Clerk