MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
CLAIRE A. CUNNINGHAM, DEPUTY (SBN 226941)
HALL OF JUSTICE AND RECORDS
400 COUNTY CENTER, 6TH FLOOR
REDWOOD CITY, CA 94063
TELEPHONE: (650) 363-4759
FACSIMILE: (650) 363-4034

ATTORNEYS FOR DEFENDANTS
COUNTY OF SAN MATEO


LAWRENCE J. KING (CSB #120805)
6 "C" STREET
PETALUMA, CA 94952
PHONE: (707) 769-9791
FAX:      (707) 769-9253

ATTORNEY FOR PLAINTIFF
VINCENT OBIAJULU

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU, | CASE NO. C 07-3870 JCS |
| Plaintiff, | STIPULATION REQUESTING THE CMC BE RESCHEDULED TO October 10, 2008 AND |
| v. | |
| | PROPOSED ORDER |
| SAN MATEO COUNTY, | |
| | Current Date:    September 12, 2008 |
| | Requested Date: October 10, 2008 |
| Defendant. | |

The parties, by and through their attorneys of record, hereby stipulate and request that the Case Management conference currently scheduled for September 12, 2008, be re-scheduled for October 10, 2008. In support thereof, the parties would show the court the following:

1.  This case is currently set for a Case Management Conference ("CMC") on September 12, 2008. The CMC was set for this date in order that the parties might participate in a settlement conference prior to the CMC. The settlement conference was set for September 9, 2008 before

1

STIPULATION REQUESTING THE CMC BE RESCHEDULED

1 | Magistrate Chen.

2 |     2.    Magistrate Chen recently ordered *sua sponte* that the September 9, 2008 settlement conference be moved to September 29, 2008.

    3.    The parties respectfully request that the CMC be moved to October 10, 2008 in order that they may participate in the settlement conference prior to the CMC.

**RESPECTFULLY SUBMITTED.**

Dated: September 5, 2008    MICHAEL P. MURPHY, COUNTY COUNSEL

By:   /s/ Claire A. Cunningham
    ATTORNEYS FOR DEFENDANT
    COUNTY OF SAN MATEO

Dated: September 5, 2008    LAW OFFICES OF LAWRENCE J. KING

By:   /s/ Lawrence J. King
    ATTORNEY FOR PLAINTIFF
    VINCENT OBIAJULU

**[PROPOSED] ORDER**

Having reviewed the parties stipulation and finding good cause therefor, the parties request is hereby **GRANTED** and the Case Management Conference is re-scheduled for October 10, 2008 at 1:30 p.m.

**IT IS SO ORDER.**

Dated: April _____, 2008

_____
The Honorable Joseph Spero
United States Magistrate Judge