UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OBIAJULU,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SAN MATEO COUNTY PROBATION DEPARTMENT,<br><br>        Defendant(s).<br>_____/ | No. C 07-03870 (JCS)<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Further Case Management Conference hearing before Magistrate Judge Spero previously noticed for September 12, at 1:30 p.m., has been reset to **October 3, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by September 26, 2008. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: September 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _/s/ Frank Justiliano_____
    Frank Justiliano
    Courtroom Deputy