```
 1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
    CLAIRE A. CUNNINGHAM, DEPUTY (SBN 226941)
 2  HALL OF JUSTICE AND RECORDS
    400 COUNTY CENTER, 6TH FLOOR
 3  REDWOOD CITY, CA 94063
    TELEPHONE: (650) 363-4759
 4  FACSIMILE: (650) 363-4034

 5  ATTORNEYS FOR DEFENDANTS
    COUNTY OF SAN MATEO
 6

 7
    LAWRENCE J. KING (CSB #120805)
 8  6 "C" STREET
    PETALUMA, CA 94952
 9  PHONE: (707) 769-9791
    FAX:   (707) 769-9253
10
    ATTORNEY FOR PLAINTIFF
11  VINCENT OBIAJULU
```

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VINCENT OBIAJULU, | § CASE NO. C 07-3870 JCS |
|---|---|
| Plaintiff, | § STIPULATION REQUESTING THE CMC BE RESCHEDULED TO October 10, 2008 AND |
| v. | |
| | § PROPOSED ORDER |
| SAN MATEO COUNTY, | § Current Date:    September 12, 2008 |
| | § Requested Date:  October 10, 2008 |
| Defendant. | |

The parties, by and through their attorneys of record, hereby stipulate and request that the Case Management conference currently scheduled for September 12, 2008, be re-scheduled for October 10, 2008. In support thereof, the parties would show the court the following:

1. This case is currently set for a Case Management Conference ("CMC") on September 12, 2008. The CMC was set for this date in order that the parties might participate in a settlement conference prior to the CMC. The settlement conference was set for September 9, 2008 before

1
**STIPULATION REQUESTING THE CMC BE RESCHEDULED**

1  Magistrate Chen.

2      2.    Magistrate Chen recently ordered *sua sponte* that the September 9, 2008 settlement
3  conference be moved to September 29, 2008.

4      3.    The parties respectfully request that the CMC be moved to October 10, 2008 in order
5  that they may participate in the settlement conference prior to the CMC.

7  **RESPECTFULLY SUBMITTED.**

8  Dated:  September 5, 2008          MICHAEL P. MURPHY, COUNTY COUNSEL

9                                   By:   /s/ Claire A. Cunningham
                                                  ATTORNEYS FOR DEFENDANT
10                                                   COUNTY OF SAN MATEO

11 Dated: September 5, 2008          LAW OFFICES OF LAWRENCE J. KING
12

13                          By:   /s/ Lawrence J. King
                            ATTORNEY FOR PLAINTIFF
14                             VINCENT OBIAJULU

15                         **[PROPOSED] ORDER**

16     Having reviewed the parties stipulation and finding good cause therefor, the parties request
17 is hereby **GRANTED** and the Case Management Conference is re-scheduled for October 10, 2008
18 at 1:30 p.m.

19     **IT IS SO ORDER.**

20     September 8, 2008
21 Dated: ~~April_____, 2008~~

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

2
**STIPULATION REQUESTING THE CMC BE RESCHEDULED**