1  **MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)**
**BY: EUGENE WHITLOCK (CSB#237797)**
2  **HALL OF JUSTICE AND RECORDS**
**400 COUNTY CENTER, 6TH FLOOR**
3  **REDWOOD CITY, CA 94063**
**TELEPHONE: (650) 363-4759**
4  **FACSIMILE: (650) 363-4034**

5  **ATTORNEYS FOR DEFENDANTS**
**COUNTY OF SAN MATEO**
6

7  **LAWRENCE J. KING (CSB #120805)**
**6 "C" STREET**
8  **PETALUMA, CA 94952**
**PHONE: (707) 769-9791**
9  **FAX:     (707) 769-9253**

10  **ATTORNEY FOR PLAINTIFF**
**VINCENT OBIAJULU**
11

12  **THE UNITED STATES DISTRICT COURT**

13  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15  **VINCENT OBIAJULU,**                    S  **CASE NO.  C 07-3870 JCS**
                                             S
16            **Plaintiff,**                 S  **STIPULATION REQUESTING THAT**
                                             S  **THE HEARING DATE FOR**
17  **v.**                                   S  **DISPOSITIVE MOTIONS BE**
                                             S  **POSTPONED UNTIL DECEMBER 12,**
18  **SAN MATEO COUNTY,**                    S  **2008, AND**
                                             S
19                                           S  ~~**PROPOSED**~~ **ORDER**
                                             S
20            **Defendant.**                 S  **Current Date:       November 14, 2008**
    _____         S  **Requested Date:     December 12, 2008**
21

22
        The parties, by and through their attorneys of record, hereby stipulate and request that the
23
hearing for dispositive motions, currently scheduled for November 14, 2008, be re-scheduled for
24
December 12, 2008.  In support thereof, the parties would show the court the following:
25
        1.      This case was referred to Magistrate Chen for a settlement conference which occurred
26
on September 29, 2008.  On that date, the parties entered a settlement on the record, subject only to
27

28

1    the approval of the San Mateo Board of Supervisors.

2         2.      The settlement agreement entered into the record gives the Board of Supervisors thirty

3    days to approve the settlement.

4         3.      The hearing concerning dispositive motions is currently schedule for November 14,

5    2008, which would mean the County would have to file its summary judgement motion and plaintiff

6    its opposition before the deadline for the Board of Supervisors to approve the settlement.

7         4.      In light of the foregoing, the parties have met and conferred and agreed to request that

8    the hearing concerning dispositive motions be postponed until December 12, 2008 to provide the

9    Board of Supervisors sufficient time to approve the settlement.

10   **RESPECTFULLY SUBMITTED.**

11   **Dated:  October 1, 2008**              **MICHAEL P. MURPHY, COUNTY COUNSEL**

12                                            **By:    /s/ Eugene Whitlock**
                                              **ATTORNEYS FOR DEFENDANT**
13                                            **COUNTY OF SAN MATEO**

14   **Dated: October 1, 2008**               **LAW OFFICES OF LAWRENCE J. KING**

15                                            **By:    /s/ Lawrence J. King**
                                              **ATTORNEY FOR PLAINTIFF**
16                                            **VINCENT OBIAJULU**

17

18                                **[PROPOSED] ORDER**

19        Having reviewed the parties stipulation and finding good cause therefor, the parties request

20   is hereby **GRANTED** and the hearing concerning dispositive motions is re-set for December 12,

21   2008, at 9:30 a.m.

22        **IT IS SO ORDER.**

23            October 1, 2008
     Dated: ~~April _____, 2008~~

24

25

26

27

28

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

---