MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
EUGENE WHITLOCK (CSB 3237797)
HALL OF JUSTICE AND RECORDS
400 COUNTY CENTER, 6TH FLOOR
REDWOOD CITY, CA 94063
TELEPHONE: (650) 363-4759
FACSIMILE: (650) 363-4034

ATTORNEYS FOR DEFENDANTS
COUNTY OF SAN MATEO


LAWRENCE J. KING (CSB #120805)
6 "C" STREET
PETALUMA, CA 94952
PHONE: (707) 769-9791
FAX:     (707) 769-9253

ATTORNEY FOR PLAINTIFF
VINCENT OBIAJULU

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VINCENT OBIAJULU, | § | CASE NO.  C 07-3870 JCS |
|---|---|---|
| Plaintiff, | § § | STIPULATION REQUESTING THE CMC BE RESCHEDULED |
| v. | § § | AND |
| SAN MATEO COUNTY, | § § | ~~PROPOSED~~ ORDER |
| Defendant. | § § § | Current Date:      October 10, 2008 Requested Date:  November 14, 2008 |

    The parties, by and through their attorneys of record, hereby stipulate and request that the Case Management conference currently scheduled for October 10, 2008, be re-scheduled for November 14, 2008.  In support thereof, the parties would show the court the following:

    1.    This case is currently set for a Case Management Conference ("CMC")on October 10, 2008.  The CMC was set for this date in order that the parties might participate in a settlement conference prior to the CMC. The settlement conference was held on September 29, 2008 and the

---

1

**STIPULATION REQUESTING THE CMC BE RESCHEDULED**

parties reached a settlement, subject only to the approval of the San Mateo board of Supervisors. The settlement was read into the reocrd by Magistrate Chen, with the parties and their respective counsel putting their agreement thereto on the record. The Board of Supervisors met on October 7, 2008 and approved the settlement.

2.  The parties respectfully request that the CMC be moved to November 14, 2008 in order that the parties may carry out the terms of the settlement and request for dismissal.

**RESPECTFULLY SUBMITTED.**

**Dated: October 8, 2008**          MICHAEL P. MURPHY, COUNTY COUNSEL

By:   /s/ Eugene Whitlock
      **ATTORNEYS FOR DEFENDANT
      COUNTY OF SAN MATEO**

**Dated: October 8, 2008**          LAW OFFICES OF LAWRENCE J. KING

By:   /s/ Lawrence J. King
      **ATTORNEY FOR PLAINTIFF
      VINCENT OBIAJULU**

**[PROPOSED] ORDER**

Having reviewed the parties stipulation and finding good cause therefor, the parties request is hereby **GRANTED** and the Case Management Conference is re-scheduled for November 14, 2008 at 1:30 p.m.

**IT IS SO ORDER.**

Dated: October __8__, 2008

_____
The Honorable Joseph Spero
United States Magistrate Judge

---

2

**STIPULATION REQUESTING THE CMC BE RESCHEDULED**