1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   BY: V. RAYMOND SWOPE III, DEPUTY (SBN 135909)
2  BY: CLAIRE A. CUNNINGHAM, DEPUTY (SBN 226941)
   HALL OF JUSTICE AND RECORDS
3  400 COUNTY CENTER, 6TH FLOOR
   REDWOOD CITY, CA 94063
4  TELEPHONE: (650) 363-4759
   FACSIMILE: (650) 363-4034
5
   ATTORNEYS FOR DEFENDANTS
6  COUNTY OF SAN MATEO

7

8  LAWRENCE J. KING (CSB #120805)
   6 "C" STREET
9  PETALUMA, CA 94952
   PHONE: (707) 769-9791
10 FAX:    (707) 769-9253

11 ATTORNEY FOR PLAINTIFF
   VINCENT OBIAJULU
12

13             THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  VINCENT OBIAJULU,            §  CASE NO. C 07-3870 JCS
                                 §
17             Plaintiff,        §  STIPULATED REQUEST FOR
                                 §  DISMISSAL
18  v.                           §
                                 §
19                               §
    SAN MATEO COUNTY,            §
20                               §
                                 §
21             Defendant.        §
                                 §
22

23      The parties, by and through their attorneys of record, hereby stipulate and request that this

24  \\

25  \\

26  \\

27  \\

28

---
1
**STIPULATED REQUEST FOR DISMISSAL**

case be dismissed pursuant to the settlement reached between the parties.

**RESPECTFULLY SUBMITTED.**

| | |
|---|---|
| **Dated:  November 10, 2008** | **MICHAEL P. MURPHY, COUNTY COUNSEL** |
| | By:   <u>V. Raymond Swope III</u><br>**ATTORNEYS FOR DEFENDANT**<br>**COUNTY OF SAN MATEO** |
| **Dated: November 10, 2008** | **LAW OFFICES OF LAWRENCE J. KING** |
| | By:    <u>/s/ Lawrence J. King</u><br>**ATTORNEY FOR PLAINTIFF**<br>**VINCENT OBIAJULU** |

**[PROPOSED] ORDER**

Having reviewed the parties stipulation and finding good cause therefor, the parties request is hereby **GRANTED** and this case is dismissed with prejudice pursuant to the parties settlement.

**IT IS SO ORDER.**

Dated: November  14 , 2008

The Honorable Joseph Spero
United States Magistrate Judge

2
**STIPULATED REQUEST FOR DISMISSAL**